# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# SOUTHERN DIVISION

| | |
|---|---|
| VEOLIA TRANSPORTATION SERVICES, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) Case No. |
| v. | )<br>) |
| UNITED STEELWORKERS, Local 8751 and John Does 1-100 | )<br>)<br>) |
| Defendants. | ) |

## PROPOSED TEMPORARY RESTRAINING ORDER

This matter is before the Court on the Plaintiff's Complaint for temporary restraining order, preliminary injunction and permanent injunction. The Court being fully advised, IT IS ORDERED as follows:

1. Defendants United Steelworkers Local 8751 and its membership, directors, agents, servants, employees, members, and attorneys, and those persons in active concert or participation with any of them, including John Does 1-100, are hereby restrained and enjoined from doing or causing to be done and from instigating, encouraging, maintaining, aiding, assisting or abetting any person or persons in doing any of the following:

   a. Engaging in any strike, work stoppage, work slowdown, picketing or other unlawful work action;

   b. Obstructing, blocking, stopping or otherwise in any manner interfering with any person or vehicle while same is entering, or exiting from, any property owned or operated by Plaintiff Veolia Transportation Services, Inc.;

c. Interfering in any manner, directly or indirectly, with the operation or use by Plaintiff or Plaintiff's employees or by Plaintiff's agents of any bus or motor vehicle owned, leased, or operated by Plaintiff or by its said employees, agents, or customers.

d. Physically interfering in any manner with the delivery of goods or services to or by Plaintiff or by Plaintiff's employees or agents to any and all customers.

e. Damaging, abusing or in any manner interfering with the use of any real or personal property owned or operated by Plaintiff or by threatening to damage, abuse or interfere with the use of Plaintiff's facilities.

f. Assaulting, harassing, threatening, injuring, battering, coercing, intimidating, or threatening to assault, to harass, to threaten, to abuse, to injure, to batter, to coerce, or to intimidate any of Plaintiff's customers or any agent, servant, or employee of Plaintiff.

g. Carrying and/or throwing bottles, sticks, pipes, clubs, nails or any other object used for threatening, coercing or intimidating employees of Plaintiff, employees of persons doing business with Plaintiff, and/or other persons seeking to do business with Plaintiff at or near Plaintiff's facilities or elsewhere.

2. Each of the Defendants herein shall answer the Complaint.

3. Defendants herein shall appear before this Court and show cause, if any, why this Temporary Restraining Order should not be converted into a Preliminary Injunction and that upon final hearing is said cause, this Temporary Restraining Order and Preliminary

Injunction should not be made permanent against Defendants, as to each of them and all members of the Union and all other persons acting concert; and

    4.    Plaintiff is awarded its reasonable costs and attorneys fees expended herein.

Dated: _____ SO ORDERED:

_____
United States District Judge