United States District Court
District of Massachusetts

Veolia Transportation Services Inc

v.

United Steelworkers AFL-CIO Local 8751 And John Does

CA No 13 CV - 12443

## Affidavit of Paul J. Hodnett

1) I am counsel to the Plaintiff

2) At approximately 3pm today October 8, 2013 I emailed a copy of the verified complaint (without attachments) together with the proposed order for injunctive relief to David Rome, Esq., whom I know to be counsel for Defendants. I advised Mr. Rome the plaintiffs were going to file the action in court this afternoon. Si

Signed under pains and penalties of perjury this 8th day of October 2013

_____
Paul J. Hodnett, Esq.